# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN SPENCER,<br><br>                              Plaintiff,<br><br>   vs.<br><br>GOODWILL INDUSTRIES OF SAN DIEGO COUNTY,<br><br>                              Defendant. | CASE NO. 19cv156-LAB (MSB)<br><br>**ORDER TO ISSUE SUMMONS** |

On January 24, 2019, Plaintiff Melvin Spencer brought this suit against his former employer, Goodwill Industries, alleging that Goodwill discriminated against him on the basis of his race in violation of Title VII. This Court granted Spencer's motion to proceed *in forma pauperis* but screened and dismissed his complaint because he had not demonstrated that he exhausted his administrative remedies prior to filing suit, a jurisdictional prerequisite for pursuing a Title VII claim in federal court. Dkt. 3. On February 12, 2019, Spencer filed an amended complaint and attached to his complaint a "right to sue" letter from the EEOC. Dkt. 4. It therefore appears that Spencer has exhausted his administrative remedies and that this Court has jurisdiction to hear his suit. The clerk is directed to issue a summons and Spencer is ordered to timely serve the Defendant.

**IT IS SO ORDERED.**

Dated: June 28, 2019

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -